Masigla v Nationwide Ins. (2022 NY Slip Op 50575(U))

[*1]

Masigla v Nationwide Ins.

2022 NY Slip Op 50575(U) [75 Misc 3d 138(A)]

Decided on June 10, 2022

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on June 10, 2022
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., WAVNY TOUSSAINT, DONNA-MARIE E.
GOLIA, JJ

2020-109 K C

Maria Sheila Masigla, P.T., as Assignee of
Reid, Shamel W., Appellant, 
against
Nationwide Ins., Respondent. 

The Rybak Firm, PLLC (Damin J. Toell of counsel), for appellant.
Hollander Legal Group, P.C. (Allan S. Hollander of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Robin
Kelly Sheares, J.), entered August 9, 2019. The order granted defendant's motion for summary
judgment dismissing the complaint and denied plaintiff's cross motion for summary
judgment.

ORDERED that the order is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits, plaintiff appeals
from an order which granted defendant's motion for summary judgment dismissing the complaint
and denied plaintiff's cross motion for summary judgment.
For the reasons stated in MSB Physical Therapy, P.C., as Assignee of Reid, Shamel W. v
Nationwide Ins. (— Misc 3d —, 2022 NY Slip Op — [appeal No.
2019-1349 K C], decided herewith), the order is affirmed.
ALIOTTA, P.J., TOUSSAINT and GOLIA, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: June 10, 2022